IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMOTHY C. BLACK, | |
| Plaintiff, | 8:19-CV-395 |
| vs. | JUDGMENT |
| C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC., | |
| Defendants. | |

On the parties' stipulation of dismissal with prejudice (filing 39), this case is dismissed with prejudice, with each party to pay their own costs and attorney's fees.

Dated this 7th day of May, 2021.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge